IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN L. CHILDERS,

      Plaintiff,               No. CIV S-06-1388 LKK DAD P

   vs.

R.N. TJALIS,

      Defendant.        <u>ORDER</u>

                               /

          Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

          Plaintiff's in forma pauperis application makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff's request for leave to proceed in forma pauperis will be granted.

          Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. <u>See</u> 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments of twenty percent of

1

1  the preceding month's income credited to his prison trust account.  These payments will be
2  collected and forwarded by the appropriate agency to the Clerk of the Court each time the
3  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C.
4  § 1915(b)(2).
5            Plaintiff's complaint appears to state a cognizable claim for relief pursuant to 42
6  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff
7  has a reasonable opportunity to prevail on the merits of this action.
8            In accordance with the above, IT IS HEREBY ORDERED that:
9            1.  Plaintiff's June 22, 2006 application to proceed in forma pauperis is granted.
10           2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
11  The fee shall be collected and paid in accordance with this court's order to the Director of the
12  California Department of Corrections filed concurrently herewith.
13           3.  Service of the complaint is appropriate for defendant Registered Nurse Tjalis.
14           4.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
15  an instruction sheet, and one copy of the complaint filed June 22, 2006.
16           5.  Within thirty days from the date of this order, plaintiff shall complete and sign
17  the attached Notice of Submission of Documents and submit all of the following documents to
18  the court at the same time in the same envelope:
19                a.  The completed, signed Notice of Submission of Documents;
20                b.  One completed summons;
21                c.  One completed USM-285 form; and
22                d.  Two true and exact copies of the endorsed complaint filed June 22,
23                2006.
24           6.  Plaintiff shall not attempt service of the complaint and summons on the
25  defendant or request a waiver of service of summons.  Upon receipt of the above-described
26  /////

1 documents, the court will direct the United States Marshal to serve the defendant pursuant to
2 Federal Rule of Civil Procedure 4 without payment of costs.
3 DATED: July 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 DAD:13
chi1388.1a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN L. CHILDERS,

     Plaintiff,                    No. CIV S-06-1388 LKK DAD P

    vs.

R.N. TJALIS,                         NOTICE OF SUBMISSION

     Defendant.                 OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____     one completed summons form;

        _____     one completed USM-285 form; and

        _____     two true and exact copies of the complaint filed June 22, 2006.

DATED: _____.

                                                                 _____
                                                                  Plaintiff