```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ALLEN L. CHILDERS,
11              Plaintiff,           No. CIV S-06-1388 LKK DAD P
12       vs.
13  R.N. TJALIS,
14              Defendant.           FINDINGS & RECOMMENDATIONS
15  _____/
```

16          By an order filed July 5, 2006, this court ordered plaintiff to complete and return
17  to the court, within thirty days, the USM-285 form and other documents necessary to effect
18  service on defendant Registered Nurse Tjalis. That thirty day period has since passed, and
19  plaintiff has not responded in any way to the court's order.
20          IT IS HEREBY RECOMMENDED that this action be dismissed without
21  prejudice. See Fed. R. Civ. P. 41(b).
22          These findings and recommendations will be submitted to the United States
23  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within
24  twenty days after being served with these findings and recommendations, plaintiff may file
25  written objections with the court. The document should be captioned "Objections to Findings
26  and Recommendations." Plaintiff is advised that failure to file objections within the specified

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2  (9th Cir. 1991).
3  DATED: August 18, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
   chi1388.fusm