IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN L. CHILDERS,

        Plaintiff,                    No. CIV S-06-1388 LKK DAD P

    vs.

R.N. TJALIS,

        Defendant.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with this action. In findings and recommendations filed August 18, 2006, the undersigned has recommended that this action be dismissed due to plaintiff's failure to comply with the court's order requiring him to submit documents for service of process by the United States Marshal. Plaintiff has filed a document titled "Plaintiff's Response to the Magistrate's Show Cause Order Regarding Service of Summons and Complaint, and 'Objections to Findings and Recommendations.'"

        In his objections, plaintiff "moves this Court for an order resolving the issue of service of summons and complaint that was required to be served on the Defendants [sic] pursuant to Federal Rules of Civil Procedure, Rule 4 and local rules of this Court." Plaintiff complains of "adversed [sic] effect obstructing Plaintiff to follow the Federal Rules of Civil Procedure, Rule 4 and Local Rules of this Court." Plaintiff asks the court to "grant an order for

the marshal to serve the Defendant with [sic] payment for service at cost of Plaintiff to prevent further protraction of this matter, or as an alternative order the Clerk of the Court to cause the Defendant to be served by mail in the interest of judicial economy." In an attached declaration that is virtually incomprehensible, plaintiff states that he "attempted service by mail" but has no proof that the defendant was served because "the person being served in this matter are [sic] Correctional Officers and the Prison Officials are the persons who cause inmates mail to be mailed." He concludes that "prison officials obviously prevented legal mail from reaching the Court." Plaintiff does not state plainly what documents he attempted to serve on the defendant by mail or what documents, if any, he attempted to submit to the court.

By order signed July 3, 2006, the undersigned granted plaintiff leave to proceed in forma pauperis and found that plaintiff's June 23, 2006 complaint appears to state a cognizable claim for relief against defendant Tjalis. Plaintiff's copy of the July 3, 2006 order was sent to him with one endorsed copy of his complaint, one USM-285 form, one summons, and one Notice of Submission of Documents form. Plaintiff was ordered to proceed as follows:

> 5. Within thirty days from the date of this order, **plaintiff shall complete and sign the attached Notice of Submission of Documents and submit all of the following documents to the court** at the same time in the same envelope:
>
>     a. The completed, signed Notice of Submission of Documents;
>     b. One completed summons;
>     c. One completed USM-285 form; and
>     d. Two true and exact copies of the endorsed complaint filed June 22, 2006.
>
> 6. **Plaintiff shall not attempt service of the complaint and summons on the defendant or request a waiver of service of summons.** Upon receipt of the above-described documents, **the court will direct the United States Marshal to serve the defendant** pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

(Order filed July 5, 2006, at 2-3 (emphasis added).) Plaintiff did not submit the required documents to the court within thirty days. Nor did he submit the required documents with the objections filed on September 7, 2006, or at any time after that date.

1  Plaintiff was expressly ordered not to attempt service of the complaint and
2  summons on the defendant, and he was advised that the court will order the United States
3  Marshal to serve the defendant after plaintiff provides the completed Notice of Submission of
4  Documents form, two copies of the endorsed complaint, one completed USM-285 form, and one
5  completed summons.
6  Plaintiff will be granted thirty days to submit to the court all of the documents
7  required by the July 3, 2006 order. If plaintiff fails to submit the required documents, the
8  findings and recommendations filed on August 18, 2006, will be forwarded to the district judge
9  for consideration.
10  IT IS ORDERED that within thirty days from the date of this order plaintiff shall
11  submit all of the following documents to the court simultaneously: the completed, signed Notice
12  of Submission of Documents, one completed summons, one completed USM-285 form, and two
13  true and exact copies of the endorsed complaint filed June 22, 2006. If plaintiff fails to provide
14  the required documents, the findings and recommendations filed August 18, 2006, will be
15  submitted to the district judge.
16  DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20  DAD:13
chil1388.docs