IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN L. CHILDERS,

        Plaintiff,                    No. CIV S-06-1388 LKK DAD P

   vs.

R.N. TJALIS,

        Defendant.              ORDER

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed July 5, 2006, plaintiff was ordered to submit, within thirty days, a completed Notice of Submission of Documents, one completed summons, one completed USM-285 form, and two true and exact copies of his June 22, 2006 complaint. Plaintiff did not comply with the court's order or respond in any other manner.

       In findings and recommendations filed August 18, 2006, the undersigned recommended that this action be dismissed for failure to submit the documents required to serve process on the defendant. Plaintiff filed timely objections to the findings and recommendations but did not submit any of the required documents. By order filed November 28, 2006, the findings and recommendations were held in abeyance and plaintiff was granted thirty days to submit all required documents. On December 26, 2006, plaintiff submitted three incomplete

copies of his complaint, the back page of a summons form, and the Notice of Submission of Documents. On December 29, 2006, plaintiff submitted one completed USM-285 form.

Plaintiff's compliance with this court's orders has been minimal. In the interests of justice, however, the August 18, 2006 findings and recommendations will be vacated. Court staff have prepared a summons form and have made two photocopies of plaintiff's complaint. By separate order, the United States Marshal will be directed to attempt service of process on the defendant. Plaintiff is cautioned that the separate order contains important information about many matters, including plaintiff's obligation to respond to motions and his duty to keep the court and other parties informed of his current address at all times. Any subsequent failure to comply fully with court orders and applicable rules may result in a renewed recommendation to dismiss this case. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that this court's August 18, 2006 findings and recommendations are vacated.

DATED: February 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
chil1388.vac

2