IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN CHILDERS,

        Plaintiff,                    No. CIV S-06-1388 DAD P

    vs.

TJALIS, et al.,

        Defendants.            ORDER

_____/

        On December 11, 2007, the undersigned filed findings and recommendations in this action which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff did not file objections to the findings and recommendations. Although it appears from the file that plaintiff's copy of the findings and recommendations was returned to the court, plaintiff was properly served.

        On December 18, 2007, defendants consented to jurisdiction by the undersigned. Plaintiff had previously consented on December 26, 2006. Accordingly, on January 4, 2008, the assigned district judge reassigned and referred this case to the undersigned for all further proceedings and entry of final judgment. Again, although it appears from the file that plaintiff's copy of the order was returned as undeliverable, plaintiff was properly served.

1

It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds that plaintiff has failed to keep the court apprised of his current address. <u>See</u> Local Rules 83-182(f) and 11-110. Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: January 11, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
chi1388.802.consent

2